UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID M. FRANKLIN,<br><br>   Plaintiff,<br><br>   v.<br><br>DENIS MCDONOUGH,<br><br>   Defendant. | Case No.  21-cv-06328-VKD<br><br>**ORDER DISMISSING CASE PURSUANT TO RULE 25** |

On June 22, 2022, defendant filed a "Notice of Apparent Death of Plaintiff," stating that after the dismissal of this action for failure to prosecute, defendant learned that plaintiff David M. Franklin, who represented himself in this matter, likely passed away on February 27, 2022.  Dkt. No. 45; *see also* Dkt. No. 47.  The Court re-opened this matter to allow time for identification of and service upon an appropriate successor or representative for Mr. Franklin and the filing of a potential motion for substitution under Rule 25.  Dkt. No. 46.  On July 6, 2022, defense counsel filed a status report advising that he had been in contact with Mr. Franklin's son, who identified himself as Mr. Franklin's heir and successor, confirmed Mr. Franklin's death, and stated that he likely would not seek to substitute into the present action.  Dkt. No. 51.  Defendant also filed a certificate of service indicating that Mr. Franklin's son was personally served on June 29, 2022 with defendant's Notice of Apparent Death of Plaintiff.  Dkt. No. 51-2.  On September 27, 2022, defendant filed a further status report stating that he has had no further contact with Mr. Franklin's son and requesting dismissal of this action.  Dkt. No. 54.

"If a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor

or representative." Fed. R. Civ. P. 25(a). "If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." *Id*. The record reflects that the time for filing a motion for substitution has passed, and no such motion has been made. Accordingly, this action is dismissed without prejudice pursuant to Rule 25. The Clerk of Court shall close this file.

**IT IS SO ORDERED.**

Dated: October 5, 2022

VIRGINIA K. DEMARCHI
United States Magistrate Judge